# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3375

_____

Zheng Hua Wu,                               *
                                            *
            Petitioner,                     *
                                            *   Petition for Review of
      v.                                    *   an Order of the Board
                                            *   of Immigration Appeals.
Eric H. Holder, Jr., Attorney General       *
of the United States,                       *   [UNPUBLISHED]
                                            *
            Respondent.                     *

_____

Submitted: May 7, 2010
    Filed: May 12, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Chinese citizen Zheng Hua Wu petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture. We conclude that the decision was supported by substantial evidence on the record as a whole. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781, 783 (8th Cir. 2008); Redd v. Mukasey, 535 F.3d 838, 842-43 (8th Cir. 2008); Zine v. Mukasey, 517 F.3d 535, 541 (8th Cir. 2008). Accordingly, we deny the petition for review.

_____